**ARMSTRONG TEASDALE, LLP**
**By:   Michael J. Engle, Esquire**
     **Ashley E. Shapiro, Esquire**
     **2005 Market Street, 29th Floor**
     **One Commerce Square**
     **Philadelphia, PA 19103**
     **(267) 780-2000**            **ATTORNEYS FOR DEFENDANT**

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 20-cr-578 (JMV)** |
| : | |
| **JEFFREY ANDREWS** : | |

### O R D E R

**AND NOW,** to wit this _____ day of _____, 2021, it is hereby ORDERED that the Defendant's Motion for a Bill of Particulars is GRANTED and the Government must immediately produce to Defense counsel the following Particulars regarding Counts 1, 4-8 and 11-15 of the Indictment to assure that the Defendant may adequately prepare for trial and avoid prejudicial surprise:

    A.    State with particularity the names and addresses of Marketing Companies 1, 2, 3 and 4.

    B.    State with particularity the names and addresses of Commercial Payers 1 and 2.

    C.    State with particularity the names of Individuals 3, 4, 5 and 6.

    D.    State with as much particularity as possible the amount of each claim allegedly submitted to each of the recipients listed in Counts 4-7.

2

E.        State with as much particularity as possible any facts involving Mr. Andrews's involvement in the submission of each of the claims contained in Counts 4-7.

F.        State with as much particularity as possible any facts involving Mr. Andrews's alleged knowledge of or involvement in offering or paying bribes in connection with a federal health care program.

              BY THE COURT:

_____
HONORABLE JOHN MICHAEL VAZQUEZ
United States District Court Judge