## **CERTIFICATE OF SERVICE**

    I, MICHAEL J. ENGLE, ESQUIRE, HEREBY CERTIFY THAT I HAVE FORWARDED BY ELECTRONIC FILING, A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO THE FOLLOWING PERSONS:

| | |
|---|---|
| HONORABLE JOHN MICHAEL VAZQUEZ<br>Martin Luther King Building & U.S. Courthouse<br>50 Walnut Street Room 4015<br>Newark, NJ 07101 | JASON S. GOULD, AUSA<br>U.S. Attorney's Office<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102 |

        /s/   Michael J. Engle, Esquire
        MICHAEL J. ENGLE, ESQUIRE
        ASHLEY E. SHAPIRO, ESQUIRE
        ATTORNEYS FOR DEFENDANT

DATED: December 15, 2021

1