**ARMSTRONG TEASDALE, LLP**
**By:** Michael J. Engle, Esquire
Ashley E. Shapiro, Esquire
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
(267) 780-2000                                    **ATTORNEYS FOR DEFENDANT**

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 20-cr-578 (JMV)** |
| : | |
| **JEFFREY ANDREWS** : | |

### DEFENDANT'S MOTION TO JOIN IN ALL
### PRE-TRIAL MOTIONS FILED BY CO-DEFENDANTS

Defendant, JEFFREY ANDREWS, by and through his counsel, MICHAEL J. ENGLE, ESQUIRE and ASHLEY E. SHAPIRO, ESQUIRE hereby respectfully moves this Honorable Court to permit the Defendant to join in all Pre-Trial Motions filed by co-defendants where applicable.

RESPECTFULLY SUBMITTED:

/s/   Michael J. Engle, Esquire___
MICHAEL J. ENGLE, ESQUIRE
ASHLEY E. SHAPIRO, ESQUIRE
ATTORNEYS FOR DEFENDANT