**ARMSTRONG TEASDALE, LLP**
**By:**   Michael J. Engle, Esquire
Ashley E. Shapiro, Esquire
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
(267) 780-2000                                             **ATTORNEYS FOR DEFENDANT**

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL NO. 20-cr-578 (JMV)** |
| | : | |
| **JEFFREY ANDREWS** | : | |

### O R D E R

**AND NOW,** to wit this ____ day of _____, 2021, upon consideration of the Defendant's Motion to Join in All Pre-Trial Motions Filed By Co-Defendants, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion is GRANTED and Jeffrey Andrews shall be deemed to have joined said filings.

BY THE COURT:

_____
HONORABLE JOHN MICHAEL VAZQUEZ
United States District Court Judge