# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL NO. 20-CR-578** |
| | : | |
| **JEFFREY ANDREWS** | : | |

# O R D E R

**AND NOW,** to wit this _____ day of _____, 2025, upon consideration of the *Defendant's Motion to Continue Sentencing*, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the *Defendant's Motion to Continue Sentencing* is GRANTED based upon the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy sentencing, it is ORDERED that Defendant's Sentencing shall be re-scheduled for: _____.

BY THE COURT:

_____
HONORABLE MADELINE COX ARLEO
United States District Court, Judge

**STRADLEY RONON STEVENS & YOUNG, LLP**
By:   Michael J. Engle, Esq.
      Ashley E. Shapiro, Esq.
2005 Market Street
One Commerce Square, 26th Floor
Philadelphia, PA 19103                                    **ATTORNEYS FOR JEFFREY ANDREWS**

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL NO. 20-CR-578** |
| | : | |
| **JEFFREY ANDREWS** | : | |

---

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

Defendant, JEFFREY ANDREWS, by and through his counsel, MICHAEL J. ENGLE, ESQUIRE and ASHLEY E. SHAPIRO, ESQUIRE, hereby moves this Honorable Court to GRANT the *Defendant's Motion to Continue Sentencing*, and asserts the following reasons therefore:

1. On or about July 10, 2020, the Government filed a 15-count Indictment against Defendant Jeffrey Andrews and three co-defendants, specifically charging Mr. Andrews with: (i) Count One of the Indictment with Conspiracy to Commit Healthcare Fraud; (ii) Counts Four through Seven for Healthcare Fraud; (iii) Count Eight Conspiracy to Violate Anti-Kickback Statutes; and (iv) Counts 11 through 15 for Payment of Bribes and Kickbacks in Connection with Federal Healthcare Program.

2. On September 24, 2024, the Defendant pled guilty to Court 8 of the Indictment.

3. Sentencing is scheduled for July 17, 2025.

4. Mr. Andrews has recently been informed that his PSA level has increased, and his

doctor ordered a pelvic MRI. This is scheduled for June 26, 2025. Depending on the MRI findings, Mr. Andrews may need another prostrate biopsy, and it is unclear when the biopsy will be scheduled, if needed. Additionally, depending on the test results and course of potential treatment, there may be information that needs to be addressed in connection with Mr. Andrews' Sentencing Memorandum and related mitigation arguments.

5. Counsel for the Government has no objection to the sentencing adjournment request.

6. The Defendant respectfully submits that the ends of justice served by the granting of this continuance outweighs the best interests of the public and the Defendant in a speedy sentencing.

7. The Defendant hereby waives his right to a speedy sentencing.

8. Accordingly, it is respectfully requested that the matter be continued for a period of approximately 30 days.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the *Defendant's Motion to Continue Sentencing*.

RESPECTFULLY SUBMITTED:

/s/ Michael J. Engle
**STRADLEY RONON STEVENS & YOUNG, LLP**
Michael J. Engle, Esquire
Ashley E. Shapiro, Esquire
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8737
Facsimile: (215) 564-8120
Email: mengle@stradley.com
ashapiro@stradley.com

Dated: June 23, 2025

## CERTIFICATE OF SERVICE

I, Michael J. Engle, Esquire, hereby certify that I have forwarded by electronic filing, a true and correct copy of the foregoing *Motion* to the following persons:

>Honorable Madeline Cox Arleo, U.S.D.J.
>U.S. District Court- Newark
>Chambers
>Martin Luther King Building & U.S. Courthouse
>50 Walnut Street
>Newark, NJ 07102
>
>Katherine M. Romano, AUSA
>Matthew Specht, AUSA
>United States Attorney's Office
>District of New Jersey
>970 Broad Street, #806
>Newark, NJ 07102

>/s/ Michael J. Engle
>**STRADLEY RONON STEVENS & YOUNG, LLP**
>Michael J. Engle, Esquire
>2005 Market Street, Suite 2600
>Philadelphia, PA 19103
>Telephone: (215) 564-8737
>Facsimile: (215) 564-8120
>Email: mengle@stradley.com

DATED: June 23, 2025