**StradleyRonon**

2005 Market Street
Suite 2600
Philadelphia, PA 19103
T: 215.564.8000

**Michael J Engle**
Partner
mengle@stradley.com
215.564.8737

January 27, 2026

<u>*Sent via ECF*</u>

The Honorable Madeline Cox Arleo
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

        Re:    <u>**United States of America v. Jeffrey Andrews**</u>
               **Docket No.: 2:20-cr-00578-MCA**

Dear Judge Cox Arleo:

     I write on behalf of Mr. Jeffrey Andrews regarding the outstanding restitution issue in the above-captioned matter. Mr. Andrews entered into a plea agreement that included an agreed-upon restitution amount, and he does not seek to dispute any terms of that agreement. Mr. Andrews will, of course, abide by whatever determination the Court ultimately makes regarding the issue of restitution.

     Thank you for Your Honor's attention and consideration in this matter. If Your Honor has any questions or concerns about any information contained herein, please feel free to contact my office.

                                         Respectfully,

                                         Michael J. Engle, Esq.

MJE/aes
    cc:    Katherine M. Romano, AUSA (via ECF)
            Matthew Specht, AUSA (via ECF)